

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ISMAEL JUAREZ, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

AIDA RESTAURANT CORP. d/b/a MISHIMA JAPANESE RESTAURANT, NAKAO HIRAKATA, VIVIAN SOH, and TOSHI UEKI,

                Defendants.

------------------------------------------------------------X

Case No. 12-CV-7066 (KNF)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on September 19, 2012, Plaintiff Ismael Juarez (hereinafter "Plaintiff") filed a complaint in which Plaintiff asserted claims for, *inter alia*, unpaid wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a putative collective and class action, Plaintiff did not seek any certification and no individuals received notice of this action;

WHEREAS, the parties settled this action based on the recommendations of the Honorable Kevin N. Fox, U.S.M.J., during a settlement conference held in open court and on the record on June 4, 2013, the terms of which were and are considered fair and reasonable, and which are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York, shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants, that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
October 2, 2013

_____
Justin Cilenti, Esq.
Cilenti & Cooper, PLLC
*Attorneys for Plaintiff*
708 Third Avenue, 6th Floor
New York, New York 10017
(212) 209-3933

_____
Henry K. Jung, Esq.
Jung & Associates, P.C.
*Attorneys for Defendants*
470 Park Avenue, Suite 7N
New York, New York 10016
(212) 481-0800

SO ORDERED: 10/4/13

_____
Hon. Kevin N. Fox, U.S.M.J.